■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARNOLD BECKER, on Behalf of PHILOMENA F. WILLIAMS, Petitioner, v SHERIFF OF ROCKLAND COUNTY, Respondent. [622 NYS2d 470] —Writ of habeas corpus in the nature of an application for bail reduction upon Rockland County Indictment Nos. 94-00318 and 94-00319.

Upon the papers filed in support of the application and after hearing oral argument in support of the application and in opposition thereto, it is

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Rockland County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" *(People ex rel. Klein v Krueger,* 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). Mangano, P. J., Bracken, Altman and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NOAH LIPMAN, on Behalf of DENNIS LATCHMAN, Petitioner, v WARDEN OF RIKERS ISLAND CORRECTIONAL CENTER, Respondent. [622 NYS2d 470] —Writ of habeas corpus in the nature of an application to fix bail upon Kings County Indictment No. 14966/94.

Upon the papers filed in support of the application and after hearing oral argument in support thereof and in opposition thereto, it is

Adjudged that the writ is sustained, without costs or disbursements, to the extent of fixing bail on Kings County Indictment No. 14966/94 at the sum of $250,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Mangano, P. J., Bracken, Altman and Goldstein, JJ., concur.